JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-6838
   Email: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>     v. )<br>DARRELL JAMES, )<br>       Defendant. )<br>_____ ) | No. CR 08-0710-MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>OCTOBER 20, 2008 THROUGH<br>NOVEMBER 24, 2008 |

    On October 20, 2008, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 20, 2008 through November 24, 2008 for effective preparation and continuity of counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

STIP. AND ORDER
CR 08-0710-MHP

**SPEEDY TRIAL ACT IMPLICATIONS**

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence. Taking the stipulated time exclusion from October 20, 2008 through November 24, 2008 into account, the "speedy trial" date for this matter is February 2, 2009.

SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: November 20, 2008          /s/
                                  MATTHEW L. McCARTHY
                                  Assistant United States Attorney

DATED: November 20, 2008          /s/
                                  RONALD C. TYLER
                                  Attorney for Darrell James

As the Court found on October 20, 2008, and for the reasons stated above, the Court finds that an exclusion of time between October 20, 2008 through November 24, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:  11/21/2008



THE HONORABLE MARILYN H. PATEL
United States District Judge

STIP. AND ORDER
CR 08-0710-MHP                2