```
BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700
```

Counsel for Defendant JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-0710 MHP |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER EXCLUDING TIME UNDER** |
| v. | ) **THE SPEEDY TRIAL ACT** |
| DARRELL JAMES, | ) |
| Defendant. | ) |

Defendant and the government, through their respective counsel, hereby stipulate and jointly request that the time from January 12, 2009, to March 2, 2009, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(B)(iv), on the grounds that the interest of justice requires continuity of counsel and effective preparation by defense counsel. Defense counsel is unavailable on the currently set date. Accordingly, the parties agree to and request that the status hearing be continued until March 2, 2009, at 10:00 a.m. and time should be excluded from the Speedy Trial Act calculation until that date.

//

//

1   IT IS SO STIPULATED.

2

3   Dated:   January 7, 2009           _____/s/_____
                                        RONALD C. TYLER
4                                       Assistant Federal Public Defender

5   Dated:   January 8, 2009           _____/s/_____
                                        MATTHEW L. McCARTHY
6                                       Assistant United States Attorney

7

8   **IT IS SO ORDERED.**

9

10

11  Dated: 1/9/2009                    _____
                                        THE HONORABLE MARILYN HALL PATEL
12                                      UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed Judge Marilyn H. Patel]*