JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-6838
   Email: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0710-MHP |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 6, 2009 THROUGH MAY 4, 2009 |
| DARRELL JAMES, ) | |
|    Defendant. ) | |

   On April 6, 2009, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 6, 2009 through May 4, 2009 for effective preparation and continuity of counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

STIP. AND ORDER
CR 08-0710-MHP

**SPEEDY TRIAL ACT IMPLICATIONS**

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence. Taking the stipulated time exclusion from April 6, 2009 through May 4, 2009 into account, the "speedy trial" date for this matter is July 13, 2009.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 6, 2009                          /s/
MATTHEW L. McCARTHY
Assistant United States Attorney

DATED: April 6, 2009                          /s/
RONALD C. TYLER
Attorney for Darrell James

As the Court found on April 6, 2009, and for the reasons stated above, the Court finds that an exclusion of time from April 6, 2009 through May 4, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). Taking the stipulated time exclusion from April 6, 2009 through May 4, 2009 into account, the "speedy trial" date for this matter is July 13, 2009.

SO ORDERED.

DATED: 5/6/2009                          _____
THE HONORABLE MARILYN H. PATEL
United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIP. AND ORDER
CR 08-0710-MHP                          2