1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant JAMES

7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )   CR-08-0710 MHP
                                  )
13             Plaintiff,         )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER CONTINUING SENTENCING**
14      v.                        )   **HEARING**
                                  )
15 DARRELL JAMES,                 )
                                  )
16             Defendant.         )
   _____)

17
        Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
19
   set for Monday, September 14, 2009, be continued to October 5, 2009, at 9:00 a.m. or as soon
20
   thereafter as the matter may be heard.  The reason for the continuance is that defense counsel is
21
   on leave for the balance of the currently scheduled presentence period and thus unable to
22
   complete defense preparations.
23
        All parties and the probation officer are available on the requested date.
24
   / /
25
   / /
26

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING;
CR 08-0710 MHP                    1

IT IS SO STIPULATED.

Dated:   August 31, 2009                          ____/s/_____
                                                  RONALD C. TYLER
                                                  Assistant Federal Public Defender
                                                  Counsel for Darrell James

Dated:   August 31, 2009                          ____/s/_____
                                                  MATTHEW L. McCARTHY
                                                  Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Monday, September 14, 2009 shall be continued to October 5, 2009, at 9:00 a.m. or as soon thereafter as the matter may be heard.

**IT IS SO ORDERED**.

Dated:   __9/1/2009_____        _____
                                     HONORABLE MARILYN H. PATEL
                                     UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING;
CR 08-0710 MHP                                    2